UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KINDRED HOSPITALS EAST, LLC,
*etc.*, *et al.*,

    Plaintiff(s),

v.                                         Case No. 8:17-cv-864-T-26AEP

WELLCARE OF FLORIDA, INC.,
*etc.*, *et al.*,

    Defendant(s).
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the Court file, the undersigned hereby disqualifies himself from presiding over this case pursuant to 28 U.S.C. § 455(a). The undersigned has had a long-standing policy of not presiding over cases in which one of the law firms representing Defendants is attorney of record. The clerk is directed to reassign this case to another District Judge of the Tampa Division pursuant to the clerk's blind rotation system for assignment of civil cases.

**DONE and ORDERED** at Tampa, Florida, on April 14, 2017.

                                                      *s/Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record